# UNITED STATES DISTRICT COURT
for the

Northern District of New York

| | |
|---|---|
| United States of America<br>v.<br><br>Marcell Meyer<br>*Defendant* | )<br>)  Case No.  5:25-MJ-83 (ML)<br>)<br>)<br>)<br>) |

## ARREST WARRANT

To:   Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)*   Marcell Meyer                                                                 ,

who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment   ☐ Superseding Indictment   ☐ Information   ☐ Superseding Information   ☑ Complaint
☐ Probation Violation Petition   ☐ Supervised Release Violation Petition   ☐ Violation Notice   ☐ Order of the Court

This offense is briefly described as follows:

Distribution of Child Pornography in Violation of Title 18, U.S.C. Sections 2252A(a)(2)(A).


Date:   March 27, 2025

*Miroslav Lovric*
*Issuing officer's signature*

City and state:   Binghamton, New York

Hon. Miroslav Lovric, U.S. Magistrate Judge
*Printed name and title*

---

**Return**

This warrant was received on *(date)* 3-27-2025, and the person was arrested on *(date)* 3-27-2025
at *(city and state)* Watertown, NY.

Date:  4-3-2025

*[signature]*
*Arresting officer's signature*

Cory Shepard   TFO
*Printed name and title*