

**United States Department of Justice**

*United States Attorney*
*Northern District of New York*

---

*100 South Clinton Street, P.O. Box 7198*    *Tel.: (315) 448-0672*
*James M. Hanley Federal Building*    *Fax: (315) 448-0658*
*Syracuse, New York 13261-7198*

April 7, 2025

Hon. Miroslav Lovric
U.S. Magistrate Judge
Federal Building and U.S. Courthouse
15 Henry Street
Binghamton, NY 13901

**Re:**   *United States v. Marcell Meyer*
         **Case No. 5:25-MJ-83 (ML)**

Dear Judge Lovric,

     On April 2, 2025, your honor held the detention hearing in the above matter. At the close of the hearing, your honor scheduled a preliminary hearing in this matter for April 10, 2025, in Binghamton, New York.

     Although the government believes the preliminary hearing will ultimately be unnecessary, because of a scheduling conflict, the government is respectfully requesting the preliminary hearing be rescheduled for Friday, April 11, 2025. The government has consulted with defense counsel regarding this request and defense counsel has stated she has no objection to moving the hearing to April 11, 2025.

Respectfully,

JOHN A. SARCONE III
United States Attorney

By:   /s/ *Adrian S. LaRochelle*
      Adrian LaRochelle
      Assistant United States Attorney
      Bar Roll No. 701266